**Order entered January 15, 2021**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00818-CV

## IN RE DEBRA BLACKWELL, Relator

**Original Proceeding from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-50066-2018**

## ORDER

Before the Court is realtor Debra Blackwell and real party in interest George Lawrence Blackwell's January 13, 2021 joint motion to abate the mandamus proceeding. The parties state that they have entered into a mediated settlement agreement and request that this original proceeding be stayed in order for the trial judge to sign an agreed final order in the underlying proceeding. The parties represent that they are "unsure of how long it might take [the trial judge] to sign the agreed final order."

The Court **GRANTS** the parties' January 13, 2021 joint motion to abate the mandamus proceeding.

Counsel are **DIRECTED** to file status letters regarding the settlement and agreed final order every thirty (30) days from the date of this order until either a motion to dismiss is filed or the case is reinstated. Failure to do so will result in the reinstatement of the case and the issuing of an opinion in due course.

The Court **ABATES** this original proceeding until April 30, 2021, unless the parties file a motion to dismiss before that date or the parties fail to comply with this Court's directive to file status reports.

This original proceeding will automatically **REINSTATE** on April 30, 2021.

/s/    LESLIE OSBORNE
        JUSTICE